UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-CR-174 RLW/NAB |
| DAVID E. SCHULTZ, | ) ) ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION FOR CONTINUANCE**
**OF THE SCHEDULED DETENTION HEARING**

COMES NOW, the United States of America, by and through Carrie Costantin, Acting United States Attorney for the Eastern District of Missouri, and Dianna R. Collins, Assistant United States Attorney for said District and for the Government's Motion for a Continuance of the Scheduled Detention Hearing, states as follows:

1. –On June 15, 2017, Defendant made an oral motion to continue the detention hearing in this matter.  The hearing was continued until June 26, 2017 @ 10:00am.  Defendant has indicated the government will need to present testimony at this hearing.

2. The Government's witness for the detention hearing, SA Eric Mills, will be out of town June 21, 2017 through June 27, 2017.

3. WHEREFORE, the Government respectfully requests a continuance of the scheduled detention hearing to a date <u>after </u>June 27, 2017.

Respectfully submitted,

CARRIE COSTANTIN

Acting United States Attorney

<u>s/Dianna R. Collins</u>

DIANNA R. COLLINS, #59641MO

Assistant United States Attorney

111 S. Tenth Street, 20th Floor

St. Louis, Missouri 63102

(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2017, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

s/Dianna R. Collins

DIANNA R. COLLINS #59641MO

Assistant United States Attorney